United States Bankruptcy Court

Central District of California

In re:    Case No. 18-12377-MT

Reynaldo VILLANUEVA    Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 09, 2021 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 11, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Reynaldo VILLANUEVA, 13865 Fielding Street, Pacoima, CA 91331-2719 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 11, 2021    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 9, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Arnold L Graff | on behalf of Creditor Wilmington Trust  National Association, not in its individual capacity but solely as successor trustee to Citibank, N.A. as Trustee to Lehman Mortgage Trust Mortgage Pass-Through Certificates Series 2 agraff@wrightlegal.net, bkudgeneralupdates@wrightlegal.net;jcraig@wrightlegal.net |
| Elizabeth (SV) F Rojas (TR) | cacb_ecf_sv@ch13wla.com |
| Joseph C Delmotte | on behalf of Creditor Wilmington Trust  National Association, not in its individual capacity but solely as successor trustee to Citibank, N.A. as Trustee to Lehman Mortgage Trust Mortgage Pass-Through Certificates Series 2 ecfcacb@aldridgepite.com, JCD@ecf.inforuptcy.com;jdelmotte@aldridgepite.com |
| Kelsey X Luu | on behalf of Creditor Wilmington Trust  National Association, not in its individual capacity but solely as successor trustee to Citibank, N.A. as Trustee to Lehman Mortgage Trust Mortgage Pass-Through Certificates Series 2 Kelsey.Luu@mtglawfirm.com, Kelsey.Luu@mtglawfirm.com;bankruptcy@mtglawfirm.com |

District/off: 0973-1     User: admin     Page 2 of 2
Date Rcvd: Aug 09, 2021     Form ID: pdf042     Total Noticed: 1

Kelsey X Luu
    on behalf of Creditor c/o AldridgePite LLP Wilmington Trust, National Association, not in its individual capacity but solely as successor trustee to Citibank, N.A. as Trustee to Lehman Mortgage Trust Mortgage Pass-Through Certificates Series 2 Kelsey.Luu@mtglawfirm.com, Kelsey.Luu@mtglawfirm.com;bankruptcy@mtglawfirm.com

R Grace Rodriguez
    on behalf of Debtor Reynaldo VILLANUEVA ecf2@lorgr.com  rodriguezrr66050@notify.bestcase.com

United States Trustee (SV)
    ustpregion16.wh.ecf@usdoj.gov

TOTAL: 7

**FILED & ENTERED**

**AUG 09 2021**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** egonzale **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>Reynaldo Villanueva<br><br><br><br><br>Debtor(s). | Case No.: 1:18-bk-12377-MT<br><br>CHAPTER 13<br><br>**ORDER SETTING HEARING ON MOTION TO RECONSIDER ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY**<br><br>Hearing information:<br>Date:         August 17, 2021<br>Time:        10:00 a.m.<br>Courtroom: 302 (via ZoomGov.com) |

On January 9, 2019, the Adequate Protection Order entered into by Reynaldo Villanueva ("Debtor"), via his counsel R. Grace Rodriguez ("Rodriguez"), and Creditor Wilmington Trust, N.A. (Creditor) was approved by the Court in an Order, reflected on the docket of this case as ECF no. 39.

On July 8, 2021, Creditor filed a *Declaration re Default under Adequate Protection Agreement*, ECF doc. 56. A review of the docket shows that no response was filed on behalf of Debtor. On July 15, 2021, the Court entered an Order Granting Relief from Stay due to the default under the APO (the "RFS Order," ECF doc. 58).

On August 6, 2021, Debtor, acting as self-represented, filed a pleading styled, *Notice of Motion and Motion for Order to Reinstate the Automatic Stay and Opposition*

-1-

*to Chapter 13 Trustee's Request for Order to Dismiss*, the substance of which related to the circumstances surrounding Debtor's interactions with Rodriguez in the time leading up to the entry of the RFS Order.  Having reviewed the pleading filed by Debtor, the Court construes it as a motion seeking to alter or amend a judgment under FRCP 59(e) (the "Motion for Reconsideration," ECF doc. 60).  For good cause appearing, on the Court's own motion,

**IT IS HEREBY ORDERED** that the Motion for Reconsideration shall be heard on **August 17, 2021, at 10:00 a.m.**, via ZoomGov.com, using the information provided below; and

**IT IS FURTHER ORDERED** that attorney R. Grace Rodriguez shall file a written response to the facts alleged by Debtor in the Motion for Reconsideration (ECF doc. 60) on or before **August 13, 2021 at 4:00 p.m.**; and

**IT IS FURTHER ORDERED** that attorney R. Grace Rodriguez appear personally by videoconference at the hearing on ZoomGov.com; and

**IT IS FURTHER ORDERED** that the hearing shall take place using ZoomGov.com, a service that provides simultaneous audioconference and videoconference capabilities.  The service is free to participants. Participants will be connected with the courtroom using these technologies but will not be physically present in the Courtroom. Participants may connect to the videoconference through an Internet browser by entering the Videoconference URL shown below, as well as the meeting ID and password, when prompted.

Video/audio web address: https://cacb.zoomgov.com/j/1605921904
Meeting ID: 160 592 1904
Password: 340003

///
///
///
///

1

2   If a participant is unable to send and receive audio through his/her computer, the
3   participant may appear at the hearing by telephone using the following telephone
    conference information:
4

5       Telephone conference lines: 1-669-254-5252 OR 1-646-828-7666
6       Meeting ID: 160 592 1904
7       Password: 340003

8                                       ###

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25   Date: August 9, 2021

                                                    Maureen A. Tighe
26                                                  United States Bankruptcy Judge
27
28

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled *Order Setting Hearing on Motion to Reconsider Order Granting Relief from the Automatic Stay* was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner stated below:

**1.    SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBRs, the foregoing document was served on the following persons by the court via NEF and hyperlink to the judgment or order. As of August 9, 2021, the following persons are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email addresses stated below.

Joseph C Delmotte    ecfcacb@aldridgepite.com, JCD@ecf.inforuptcy.com; jdelmotte@aldridgepite.com
Arnold L Graff    agraff@wrightlegal.net, bkudgeneralupdates@wrightlegal.net, jcraig@wrightlegal.net
Kelsey X Luu    Kelsey.Luu@mtglawfirm.com, Kelsey.Luu@mtglawfirm.com; bankruptcy@mtglawfirm.com
R Grace Rodriguez    ecf2@lorgr.com, rodriguezrr66050@notify.bestcase.com
Elizabeth (SV) F Rojas (TR)    cacb_ecf_sv@ch13wla.com
United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov

**2.    SERVED BY THE COURT VIA UNITED STATES MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States mail, first class, postage prepaid, to the following persons and/or entities at the addresses indicated below:

Reynaldo Villanueva
13865 Fielding Street
Pacoima, CA 91331

☐ Service information continued on attached page

**3.    TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by United States mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following persons and/or entities at the addresses, facsimile transmission numbers, and/or email addresses stated below:

☐ Service information continued on attached page